IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02298-LTB

MARTINAIR, INC.,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY;
GOODRICH CORPORATION;
RANDY NEU;
BRUCE SIENKO;
JAMES KADRMAS; and
JOHN DOE(S) #1-10,

    Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal of Claims Against Defendant Goodrich Corporation (Doc 16 - filed December 10, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to claims against Defendant Goodrich Corporation,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: December 11, 2008