IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02298-LTB-MEH

MARTINAIR, INC.,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY,
RANDY NEU,
BRUCE SIENKO,
JAMES KADRMAS, and
JOHN DOE(S) #1-10,

    Defendants.
_____

## ORDER
_____

    Defendant, Cessna Aircraft Company, has filed a Motion to Dismiss [**Doc #13**] in this diversity action. Many of the issues raised are dependant on the applicable law and, as a result, I ORDER that Plaintiff, Martinair, Inc., file a supplemental brief, not to exceed fifteen (15) pages in length, addressing the choice-of-law determination regarding Colorado or Kansas law, on or before March 5, 2009. I FURTHER ORDER that Defendant, Cessna Aircraft Company, file a supplemental brief in response, not to exceed fifteen (15) pages in length, on or about March 20, 2009.

Dated: February   18  , 2009.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge