IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02298-LTB-MEH

MARTINAIR, INC.,

    Plaintiff,

v.

CESSNA AIRCRAFT COMPANY,
RANDY NEU,
BRUCE SIENKO,
JAMES KADRMAS, and
JOHN DOE(S) #1-10,

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal of Claims Against Defendants Randy Neu, Bruce Sienko, James Kadrmas, and Jon Doe(s) #1-10 (Doc 28 - filed March 20, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED as to claims against Defendants Randy Neu, Bruce Sienko, James Kadrmas, and John Doe(s) #1-10,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED: March 23, 2009